THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PORTSMITH OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin Corporation; EAGLE WEST INSURANCE COMPANY, a California Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No.: 2:21-cv-01185-RAJ<br><br>STIPULATED MOTION AND ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE |

## **STIPULATION**

Plaintiff Portsmith Owners Association (the "Association") and Defendants Liberty Mutual Fire Insurance Company ("Liberty Mutual") and Eagle West Insurance Company ("EWIC") (collectively, the "Parties") stipulate that the claims asserted against Liberty Mutual and EWIC by the Association in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

STIPULATED MOTION AND ORDER DISMISSING
PLAINTIFF'S CLAIMS WITH PREJUDICE - 1
NO.: 2:21-cv-01185-RAJ

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: August 1, 2022

| STEIN SUDWEEKS & STEIN PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| s/ Justin D. Sudweeks<br>Justin D. Sudweeks, WSBA #28755<br>E-mail: justin@condodefects.com<br>Daniel J. Stein, WSBA #48739<br>E-mail: dstein@condodefects.com<br><br>*Attorneys for Plaintiff Portsmith Owners Association* | s/ Daniel R. Bentson<br>Daniel R. Bentson, WSBA #36825<br>Email: dan.bentson@bullivant.com<br><br><br><br>*Attorneys for Defendant Eagle West Insurance Company* |
| BULLIVANT HOUSER BAILEY PC<br><br>s/ Jeffrey V. Hill<br>Jeffrey V. Hill, WSBA #15483<br>Email: jeffrey.hill@bullivant.com<br>Bradford H. Lamb, WSBA #47146<br>Email: bradford.lamb@bullivant.com<br><br>*Attorneys for Defendant Liberty Mutual Fire Insurance Company* | |

IT IS SO ORDERED this 2nd day of August, 2022.

*[signature: Richard A. Jones]*

HON. RICHARD A. JONES
United States District Judge

STIPULATED MOTION AND ORDER DISMISSING
PLAINTIFF'S CLAIMS WITH PREJUDICE - 2
NO.: 2:21-cv-01185-RAJ

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930